## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                    *

                                          *        CASE NO. 18-mc-875
Martin F. McMahon                                  (DISCIPLINARY)

                                          *
Respondent.
                                          *

## SHOW CAUSE ORDER

Martin F. McMahon, Esquire, was admitted to practice before the bar of this Court on August 16, 1985. On December 21, 2018, this Court received a copy of an order from the Virginia State Bar Disciplinary Board suspending Respondent for a period of sixty (60) days, effective October 26, 2018. It is therefore,

ORDERED by the United States District Court for the District of Maryland that Respondent be and hereby is immediately suspended from the practice of law before this Court; and it is further

ORDERED that Respondent show cause, if any, within thirty (30) days of the mailing of this Order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Virginia State Bar Disciplinary Board. Unless the Court notifies Respondent to the contrary, the Court will impose identical discipline if Respondent does not file a response to this Order. *See* Local Rule 705.3(d).

The Clerk is directed to send a certified copy of this Order, together with a copy of the order received from the Virginia State Bar Disciplinary Board, to Respondent by certified mail, return receipt requested, at Respondent's address on file with the Clerk's Office.

Date: Jan. 2, 2019

James K. Bredar
Chief Judge