# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|                    |   |                        |
|--------------------|---|------------------------|
|                    | * |                        |
| IN RE:             | * | **CASE NO. 18-mc-875** |
| **Martin F. McMahon** | * | **(DISCIPLINARY)**     |
| **Respondent**     | * |                        |

## RESPONDENT MCMAHON'S AFFIDAVIT PURSUANT TO LOCAL RULE 705.4

I, Martin F. McMahon (Respondent), state under the penalty of perjury that I am over the age of 18 and that the following is true and correct:

1. I recently received an Order from this Court which requires me to file an affidavit to certify compliance with Local Rule 705.4. This Affidavit is in response to that Order.

2. I only have one case currently pending in the United States District Court for the District of Maryland, which is Leah Camper, et al. v. National Security Agency, et al. (1:18-cv-01794-PWG).

3. From October 26, 2018, the effective date of my suspension in Virginia, the only practicing of any type of law that I did for the *Camper* case was a response to the Court's request to schedule a phone conference in that case. That was on December 21, 2018, and it took less than an hour. Of course, at that time, I was unsure of what my status was in this jurisdiction. Other than that single occurrence, however, I have not practiced law in this jurisdiction since October 26th. Moreover, between December 21st and today's date, I have not practiced law in this jurisdiction.

4. Not long after I received this Court's January 2, 2019, Order to Show Cause, I informed my clients and opposing counsel (an Assistant U.S. Attorney for the District of Maryland) in that case about my suspension from this jurisdiction. As part of a joint status report that

the Assistant U.S. Attorney filed with the Court as a result of the government shutdown that was occurring at that time, the Court also was apprised of my bar discipline.

Sincerely,

/s   *Martin McMahon*
Martin F. McMahon
Bar No. 02592
1717 K Street, NW, Ste. 900
Washington, DC 20006